## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| JOHN W. INTINDOLA, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | BK    18-60403 |
| ROBERT T. BRUEGGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV    19-6025 |
| vs. | ) | |
| | ) | |
| PROSPER MARKETPLACE INC, | ) | |
| | ) | |
| Defendant. | ) | |

### **STIPULATION**

COMES NOW the Plaintiff, Robert T. Bruegge, and the Defendant Prosper Marketplace, Inc., by and through counsel, and hereby stipulate as follows:

1.  That on November 7, 2019, the Plaintiff filed a Complaint to Avoid and Recover Preferential Payments against the Defendant Prosper Marketplace, Inc.

2.  That on November 25, 2019, the Plaintiff received a payment of One Thousand Five Hundred Ninety-Four Dollars and Five Cents ($1,594.05) representing the preferential payments the Defendant Prosper Marketplace, Inc., received from the Debtor in the ninety (90) days prior to the bankruptcy filing.

3.  That the Plaintiff, Robert T. Bruegge, and the Defendant Prosper Marketplace, Inc., by and through counsel are in agreement the Defendant Prosper Marketplace, Inc., will reimburse the Plaintiff for the attorney fees, attorney expenses, and court costs in the amount of Seven Hundred Forty-One Dollars and Ten Cents ($741.10) incurred as a result of the filing of the adversary proceeding within thirty (30) days.

4.  That, based on this agreement and stipulation, the Complaint to Avoid and Recover

Preferential Payments against the Defendant Prosper Marketplace, Inc., is Dismissed.

    5.       Stipulated to this 21st day of January, 2020.



/s/ Robert T. Bruegge                                      /s/ Evan L. Moscov
Robert T. Bruegge, Plaintiff                            Evan L. Moscov, Counsel for the
                                                                       Defendant, Prosper Marketplace, Inc

## NOTICE OF ELECTRONIC FILING AND
## **CERTIFICATE OF SERVICE BY MAIL**

| STATE OF ILLINOIS | ) | | BK | 18-60403 |
| | ) | SS | ADV | 19-6025 |
| CITY OF EDWARDSVILLE | ) | | Chapter | 7 |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On January 22, 2020, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Stipulation**.

The Deponent served electronically the **Stipulation** to the following parties:

U.S. Trustee

and served by mail to the following parties:

Evan L. Moscov, Counsel for the
Defendant, Prosper Marketplace, Inc
via e-mail

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Edwardsville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron